IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| USAA GENERAL INDEMNITY § <br> COMPANY A/S/O § <br> BRITTON L. SMALLWOOD, § <br> *Plaintiff* § <br> VS. § <br> § <br> § <br> MICROSOFT CORP. and § <br> EATON CORPORATION D/B/A § <br> COOPER § <br> INDUSTRIES, § <br> *Defendants.* | CIVIL ACTION NO. _____ <br><br> JURY REQUESTED |

**DEFENDANT EATON CORPORATION D/B/A COOPER INDUSTRIES'S
JURY DEMAND**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Local Rule 38, Defendant Eaton Corporation d/b/a Cooper Industries hereby requests a trial by jury.

Respectfully submitted,

**JOHNSON, TRENT & TAYLOR, L.L.P.**

By: /s/ *T. Christopher Trent*
T. Christopher Trent
Texas Bar No. 20209400
Leslee N. Haas
Texas Bar No. 24041031
919 Milam, Suite 1500
Houston, Texas 77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile
Email: ctrent@johnsontrent.com
Email: lhaas@johnsontrent.com

**ATTORNEYS FOR DEFENDANT
EATON CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure. Parties may access this filing though the Court's system.

Rick A. Eckerson *Via: E-File*
LAW OFFICES OF ROBERT A. STUTMAN, PC
Texas Regional Office
11601 Spring Cypress Road, Suite B
Tomball, Texas 77377
Eckersonr@stutmanlaw.com
Coltranec@stutmanlaw.com

Jaime A. Saenz *Via: E-File*
COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520-7057
Telephone: 956.542.7441
Facsimile: 956.541.2170
Email: ja.saenz@rcclaw.com

                                                    */s/ Leslee N. Haas*
                                                        Leslee N. Haas

867985.1