IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| USAA GENERAL INDEMNITY | § | |
| COMPANY A/S/O | § | |
| BRITTON L. SMALLWOOD, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:18-0CV-188 |
| | § | |
| MICROSOFT CORP. and EATON | § | JURY REQUESTED |
| CORPORATION D/B/A | § | |
| COOPER INDUSTRIES, | § | |
| | § | |
| DEFENDANTS. | § | |

## **ADVISORY TO THE COURT**

COME NOW, Plaintiff, USAA GENERAL INDEMNITY COMPANY A/S/O BRITTON L. SMALLWOOD, Defendant EATON CORPORATION D/B/A COOPER INDUSTRIES, and Defendant, MICROSOFT CORPORATION, and file this Advisory to the Court.

I.

Due to a number of conflicts among the schedules of the experts who were necessary in order for each party and potential party to evaluate the evidence in this case (experts for USAA General Indemnity Company a/s/o Britton L. Smallwood, Eaton Corporation d/b/a Cooper Industries, Microsoft Corporation, and non-party HP (formerly Hewlett-Packard), the essential inspection of the equipment at issue in this case is scheduled to take place on April 3, 2019.

II.

The parties believe that the inspection will need to take place a reasonable amount of time prior to any expert designation deadlines and prior to any deadlines for joinder of additional parties. The parties have not yet received a scheduling order from the Court, and by this

Advisory respectfully request that the Court take into account their belief that they will need additional time beyond what was estimated in their original proposed scheduling order in order to properly and competently meet any such deadlines, making the deadline to add any new parties and the expert designation deadlines both no earlier than late May, 2019.

Respectfully submitted,

/s/ *Rick A. Eckerson with permission Alison D. Kennamer*
Rick A. Eckerson
Texas State Bar No. 00793671
STUTMAN LAW
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
Texas Regional Office
11601 Spring Cypress Road, Suite B
Tomball, Texas 77377
832.706.0800 ext 218
Fax: 832.706.0814
Eckersonr@stutmanlaw.com and
Coltranec@stutmanlaw.com

ATTORNEY FOR PLAINTIFF
USAA GENERAL INDEMNITY COMPANY
A/S/O BRITTON L. SMALLWOOD

Respectfully submitted,

/s/ *Leslee N. Haas with permission Alison D. Kennamer*
T. Christopher Trent
Texas State Bar No. 20209400
Leslee N. Haas
Texas State Bar No. 24041031
JOHNSON, TRENT & TAYLOR, L.L.P.
919 Milam Street, Suite 1700
Houston, Texas 77002
713.222.2323
Fax: 713.222.2226
Email: ctrent@johnsontrent.com
Email: lhaas@johnhsontrent.com

ATTORNEYS FOR DEFENDANT
EATON CORPORATION D/B/A
COOPER INDUSTRIES

Respectfully submitted,

/s/ *Alison D. Kennamer*
Jaime A. Saenz
Texas State Bar No. 17514859
Alison D. Kennamer
Texas State Bar No. 11280400
COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.
1201 East Van Buren
Brownsville, Texas  78520
956.542.7441
Fax: 956.541.2170

ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

>Rick A. Eckerson
>Email: Eckersonr@stutmanlaw.com
>Email:  Coltranec@stutmanlaw.com
>Stutman Law
>Law Offices Of Robert A. Stutman, P.C.
>Texas Regional Office
>11601 Spring Cypress Road, Suite B
>Tomball, Texas 77377
>832.706.0800 ext 218
>Fax: 832.706.0814
>*Attorney for Plaintiff USAA General Indemnity Company a/s/o Britton L. Smallwood*

>T. Christopher Trent
>Email: ctrent@johnsontrent.com
>Leslee N. Haas
>Email: lhaas@johnhsontrent.com
>Johnson, Trent & Taylor, L.L.P.
>919 Milam Street, Suite 1700
>Houston, Texas  77002
>713.222.2323
>Fax: 713.222.2226
>*Attorneys for Defendant Eaton Corporation d/b/a Cooper Industries*

by ecf system, certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 11th day of March, 2019.



         */s/ Alison D. Kennamer*
         Alison D. Kennamer